**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA											PLAINTIFF

v.								NO. 4:05CR00103 JLH

MARCUS MILLER												DEFENDANT

**ORDER**

Court convened on Thursday, March 30, 2006, for sentencing of defendant Marcus Miller. The government was represented by Assistant United States Attorney John Ray White. Marcus Miller was present in Court with his attorney, Assistant Federal Public Defender Bruce Eddy. United States Probation Officer Debra Stansel was also present.

Upon the Court's inquiry of his satisfaction with his Court-appointed attorneys, Mr. Miller expressed some reservations. Mr. Eddy moved to have another attorney not associated with the Federal Public Defender's Office appointed for the remainder of Mr. Miller's case. The request was granted.

IT IS THEREFORE ORDERED that E. Alvin Schay, Attorney at Law, 902 West Second Street, Little Rock, Arkansas, 72201, phone number (501) 376-7000, is hereby appointed to represent defendant Marcus Miller in all further proceedings. Mr. Eddy is directed to forward defendant's file to Mr. Schay within ten (10) days of entry of this order. The Federal Public Defender's Office is relieved from any further representation of defendant in this matter.

IT IS FURTHER ORDERED that defendant Marcus Miller's sentencing date is hereby rescheduled to begin on *THURSDAY, JUNE 1, 2006, at 2:00 p.m.*

Dated this 30th day of March, 2006.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE