**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                                   PLAINTIFF

v.                         NO. 4:05CR00103-JLH

MARCUS MILLER                                                              DEFENDANT

**ORDER**

Marcus Miller pled guilty to possessing a firearm after having previously been convicted of felonies in violation of 18 U.S.C. § 922(g)(1) and § 924(e). He was sentenced to 210 months imprisonment. The judgment and commitment order was entered on June 1, 2006. Miller did not appeal.

Miller has now filed a *pro se* motion to vacate, set aside, or correct his sentence under 28 U.S.C. § 2255, arguing that in light of the decision of the United States Supreme Court in *Descamps v. United States*, 133 S. Ct. 2276 (2013), he can no longer be characterized as an armed career criminal pursuant to 18 U.S.C. § 924(e).

The United States suggests that while this may be a successive petition, a procedural bar would be inappropriate. The United States also concedes that Miller could no longer be designated as an career criminal under § 924(e) and that, therefore, the maximum period of incarceration to which he could be sentenced is 120 months. The United States notes that the presentence report indicates that Miller was taken into federal custody on November 30, 2005, and he was sentenced on June 1, 2006.

Based upon the concessions by the United States, Marcus Miller's *pro se* motion to vacate, set aside, or correct his sentence is GRANTED. Document #57. Miller's sentence is reduced to the

statutory maximum of ten years effective as soon as the Bureau of Prisons can process Marcus Miller's release.

  IT IS SO ORDERED this 17th day of March, 2016.

              _____
               J. LEON HOLMES
               UNITED STATES DISTRICT JUDGE